478 A.2d 92

Commonwealth, Appellant, v. Cummiskey.
Petition for Allowance of Appeal
Denied Oct. 9, 1984.

Submitted February 16, 1984. Joseph J. Hylan, Assistant District Attorney, for appellant; Anthony J. Giangiulio, for appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Order affirmed.